# Third District Court of Appeal

## State of Florida

Opinion filed October 27, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1588
Lower Tribunal No. 17-29188
_____

**Jose Guzman,**
Appellant,

vs.

**Fabrizio Pucci and Franca Felli,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Peter R. Lopez, Judge.

Jose Guzman, in proper person.

Krinzman Huss Lubetsky Feldman & Hotte, and Mason A. Pertnoy, for appellees.

Before LOGUE, LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed.